**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Frederick-George   Thousand II, Petitioner,

v.

**NOTICE OF REMOVAL OF CRIMINAL PROSECUTION**
**PURSUANT TO 28 U.S.C. §§ 1443, 1455**
THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

**Case No.**
(Related to Geddes Town Court Case No. 24070024)



U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**

MAY - 4 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

---

### SECTION 1: BAD FAITH PROSECUTION AND CONSTITUTIONAL DEPRIVATION

1. Petitioner, a Man appearing as **Petitioner** and **Attorney in Fact**, removes this prosecution pursuant to **[28 U.S.C. § 1455]** based on a **Total Structural Breakdown** of the state forum and a **Bad Faith Prosecution** which deprives the Petitioner of protections guaranteed under the **Bill of Rights (Amendments 1-9)**. Petitioner shall supplement this record with a comprehensive **Affidavit of Fact** further detailing the systemic Bad Faith and Structural Errors within fourteen (14) days, or as otherwise ordered by this Court.

2. **INITIAL UNANSWERED JURISDICTIONAL CHALLENGE (JULY 11, 2024):** On July 11, 2024, Petitioner served a formal **"Verified Claim and Motion to Strike 'plea' from the Record and Motion to Dismiss with Prejudice"** upon Acting District Attorney William J. Fitzpatrick and the Town of Geddes Justice Court **(Exhibit D)**. This document provided formal notice of the lack of personal and subject matter jurisdiction and the void nature of any coerced plea. The Respondents willfully ignored this challenge and failed to provide any rebuttal or proof of authority, proving a persistent pattern of **Bad Faith** maintained for 671 days.

3. **ADMISSION OF DURESS AND SHACKLES:** As documented in the **Motion to Strike 'Plea' (Exhibit D, Page 3)**, Petitioner formally notified the Respondents that a plea was falsely entered on his behalf while he was **"Imprisoned and escorted by guards in shackles and chains."** Petitioner notified the Respondents that such an instrument was **void by reason of Duress**. The Respondents' 671-day refusal to strike this coerced instrument and their persistence in maintaining a "Ghost" prosecution based on it constitutes **Actual Malice** and a total **Structural Error**.

4. **TACTICAL CHARGE MANIPULATION AND SPEEDY TRIAL DEFAULT:** After 671 days of default, the Respondents have attempted to "reset" the prosecution by dropping original charges and altering secondary charges to a Class A Misdemeanor. Pursuant to **28 U.S.C. § 1446(b)(3)**, this amended process creates a fresh ground for removal. Furthermore, the 671-day delay exceeds the 90-day readiness limit for misdemeanors under **NY CPL § 30.30** by over 580 days, proving the proceeding is a **Bad Faith** attempt to maintain a time-barred and legally insolvent prosecution.

5. **GURGIS AMBUSH AND FABRICATION OF EVIDENCE:** On April 1, 2026, **Jeremy Gurgis** facilitated a "Tactical Ambush" by serving an arraignment notice via unofficial email for an April 4 session. Jeremy Gurgis has further introduced a **Contradictory Affidavit** manufactured 671 days after the alleged event to cure a facially insufficient case. This **Criminal Simulation** and the subsequent email "ambush" were designed to prevent the Petitioner from preparing a defense or challenging the fabricated instrument.

6. **PERSISTENT DENIAL OF NATURE AND CAUSE:** On no less than **four (4) separate occasions**, Petitioner demanded the **nature and cause** of the accusation and challenged the **jurisdiction** of the forum. In each instance, the individual Daniel Francis Mathews refused to answer, stating **"we are not playing these games today,"** and summarily terminated the proceeding. This repeated refusal to establish jurisdiction is a **Structural Error** and proof of **Actual Bias.**

7. **671-DAY DISCOVERY SUPPRESSION:** Sara Fitzpatrick maintains a "Notice of Readiness" (Exhibit B) despite failing to disclose a single piece of evidence to the Petitioner. This willful suppression is a terminal violation of the **Sixth Amendment** and **NY CPL § 245.20.**

## SECTION 2: AUTOMATIC VACANCY OF STATE ACTORS

8. **Non-Qualification of State Actors:** Public records at the Onondaga County Clerk (Room 200) confirm a total failure to file mandatory **Official Undertakings (Bonds)** for Daniel Mathews III, the Town Clerk (Alison Dorchester), and the Court Clerks (Lisa Bagozzi and Jadie Grace) as required by **[NY UJCA § 104]**, **[NY UJCA § 111]**, and **[Town Law § 25].**

9. **Automatic Vacancy by Operation of Law:** Under NY Public Officers Law § 30(1)(h), every office shall be vacant upon the incumbent's "refusal or neglect to file his official oath or undertaking" within 30 days after the commencement of the term or notice of appointment.

10. **Refusal to Serve**: The neglect to execute and file these mandatory instruments within the time limited by law is deemed a **refusal to serve**, and the office is considered vacant **ipso facto** without the need for a judicial hearing or removal proceeding.

11. **Consequence of Vacancy**: Because these individuals have failed to satisfy the mandatory conditions precedent to holding office, they are currently acting as private citizens under "color of law" without valid subject matter or personal jurisdiction over the Petitioner.

12. **TERMINAL FILING DEFAULT**: Certified records (Exhibit A) prove the Town Clerk (Alison Dorchester) filed her Oath for the current term on **March 31, 2025**—60 days past the mandatory deadline—and willfully omitted the **Term of Office**. Pursuant to **NY POL § 30(1)(h)**, this results in an **Automatic Vacancy** *ipso facto*. Petitioner cannot be remanded to a forum presided over by un-bonded private citizens in a state of **Refusal to Serve.**

## SECTION 3: FRAUD ON THE COURT AND RECORD TAMPERING

13. **FALSIFICATION OF THE RECORD REGARDING COUNSEL**: The individual Daniel Francis Mathews has entered **materially false statements** into the record asserting the Petitioner **physically appeared with legal counsel**. Petitioner has appeared alone at all times and has **rejected and revoked** all "offers" of counsel. Petitioner hereby **Demands Production of a Power of Attorney (POA)** bearing Petitioner's wet-ink signature; in its absence, all entries of "representation" are **Fictitious Instruments** and **Criminal Simulations**.

14. **SPOLIATION OF THE RECORD AND UCC 1-308**: Petitioner signed all state instruments with an explicit reservation of rights: **"U.D. UCC 1-308, Without Prejudice, All Rights Reserved."** The official file provided by the Clerk (Exhibit G) contains "unsigned" versions of these documents (specifically the Pre-trial Release form). This is physical proof of **Tampering with Public Records (NY PL § 175.25)** intended to simulate a consent that does not exist.

15. **GROSS ADMINISTRATIVE NEGLIGENCE**: The records provided (Exhibit G) contain significant factual inaccuracies, including the entry of an **incorrect Social Security Number** and the unredacted private data of third parties. This proves the forum is incapable of maintaining a competent Record of Proceedings.

16. **DISCRIMINATORY BARRIER TO REMEDY**: Daniel Francis Mathews asserted he could not provide a remedy unless the Petitioner **"was an attorney."** Conditioning a

Man's right to a **Redress of Grievances (1st Amendment)** and **Self Defense (6th Amendment)** upon membership in the BAR is a terminal structural error.

**SECTION 4: CONSTITUTIONAL TORTS AND PHYSICAL DURESS**

17. **OWNERSHIP CLAIM AND 13th AMENDMENT:** Daniel Francis Mathews has made an admission of record claiming **ownership** over the Petitioner's person. This constitutes an act of **Peonage (18 U.S.C. § 1581)** and a violation of the **13th Amendment.**

18. **PHYSICAL LOCKOUT AND UNLAWFUL SEIZURE:** On November 4, 2024, Respondents physically barred the Petitioner from entering the public forum to facilitate the issuance of unauthorized warrants and engineer the forfeiture of bond funds. Furthermore, the imposition of cash bail for a non-qualifying, victimless misdemeanor acts as a **commercial ransom**, violating the **4th and 8th Amendments.**

**PRAYER FOR RELIEF:** Petitioner demands this Court assume **exclusive jurisdiction**, issue an **IMMEDIATE STAY of all state proceedings** pursuant to 28 U.S.C. § 1455(b)(3), and order the immediate RETURN of Petitioner's private property—specifically the **bond funds** and the **Certificate of Live Birth** (CoLB)—currently held as ransom under a bad-faith commercial extortion scheme. Petitioner further demands the **DISMISSAL** of the state prosecution **with prejudice** based on the terminal Structural Failure and Lack of Qualification of the Respondents.

**RESERVATION AND CORRECTION CLAUSE:** The Affiant/Petitioner reserves the right to amend, correct, or supplement this filing should any unintentional errors or omissions be discovered. This instrument is submitted in good faith for the purpose of correcting the record and auditing the defaults of the Respondents.

**VERIFICATION**

I, Frederick-George Thousand II, a Man, Petitioner and Affiant, do hereby swear/affirm that I have read the foregoing Notice of Removal and that the facts stated therein are true and correct to the best of my current knowledge, information, and belief.

Dated: May 4, 2026

By: _____

**Frederick-George Thousand II, a Man, Petitioner**
**Without Prejudice, All Rights Reserved (UCC 1-308)**